Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19−14476−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Katherine A McCusker
   aka Katherine Ann McCusker, fka
   Katherine Campbell, fka Katherine A
   Campbell
   6 Muirfield Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−2115

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 13, 2020
JAN: bc

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Katherine A McCusker  
  Debtor(s)

Case No. 19-14476-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2  
Date Rcvd: Nov 13, 2020    Form ID: 148    Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katherine A McCusker, 6 Muirfield Drive, Sicklerville, NJ 08081-9376 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518064648 | + | AMERICAN/UMDNJ, 42 E. LAUREL ROAD, SUITE 3100, Stratford, NJ 08084-1354 |
| 518064649 | + | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 518064650 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 518180097 | + | GSMPS Mortgage Loan Trust 2004-1, et al, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518064653 | + | New Jersey Department of Revenue, P.O. Box 628, Trenton, NJ 08646-0628 |
| 518064655 | + | Phelan, Hallinan, & Schmieg, 2, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518064656 | + | STATE OF NEW JERSEY HOUSING AND MORTGAGE, 637 SOUTH CLINTON AVENUE, Trenton, NJ 08611-1811 |
| 518873073 | + | Stuart Lippman & Associates, 5447 E 5th St. Suite 110, Tucson AZ 85711-2345 |
| 518183184 | #+ | TEJAL PATEL, DMD, c/o SKLAR LAW LLC, ANDREW SKLAR, ESQUIRE, 1200 LAUREL OAK RD, STE 102, VOORHEES, NJ 08043-4317 |
| 518064657 | ++ | TRACE & JENKINS, 750 COOPER STREET, WOODBURY NJ 08096-2521 address filed with court:, TRACE AND JENKINS, 58 EUCLID STREET, Woodbury, NJ 08096 |
| 518243927 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518064659 | + | ZONIES HOLGADO DENTAL, 401 KINGS HIGHWAY, SUITE 2A, Cherry Hill, NJ 08034-2500 |
| 518064660 | + | ZONIES-HOLGADO DENTAL, C/O BRODER LAW GROUP, 110 MARTER AVE. SUITE 103, Moorestown, NJ 08057-3124 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518064651 | + | EDI: IIC9.COM | Nov 14 2020 02:33:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518064652 | | EDI: IRS.COM | Nov 14 2020 02:33:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 518064654 | + | Email/Text: nod.referrals@fedphe.com | Nov 13 2020 23:13:00 | Phelan, Hallinan, & Schmieg, 1617 JFK Blvd, One Penn Center, Suite 1400, Philadelphia, PA 19103-1814 |
| 518064658 | + | EDI: WFFC.COM | Nov 14 2020 02:33:00 | Wells Fargo Bank, N.A., 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518078019 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518897216 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020                Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSMPS Mortgage Loan Trust 2004-1, dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Katherine A McCusker ecfbc@comcast.net |
| Rebecca Ann Solarz | on behalf of Creditor GSMPS Mortgage Loan Trust 2004-1  U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7